ACCEPTED
01-15-00297-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 4:26:56 PM
CHRISTOPHER PRINE
CLERK

## WINSTON E. COCHRAN, JR.
### Attorney at Law

P.O. Box 2945                                                      Tel. (713) 228-0264
League City, TX 77574

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 4:26:56 PM
CHRISTOPHER A. PRINE
Clerk

July 24, 2015


Christopher A. Prine
Clerk of the Court
Court of Appeals for the First District of Texas
301 Fannin, Room 208
Houston, TX 77002-2066


Re: *Venzant v. State*, No. 01-15-00297-CR


Dear Mr. Prine:

It has come to my attention that I am still listed as appellate counsel in Number 01-15-00297-CR, an appeal by Prentis Ray Venzant. I represented Mr. Venzant at his trial in the 212th District Court of Galveston County, but the district court appointed attorney Tad Nelson to represent Mr. Venzant on appeal. Accordingly, I have no authority to file a brief on behalf of Mr. Venzant. Please direct all notices to Mr. Nelson.

Thank you for your assistance in this matter.

Sincerely,


_____
Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300


cc:  Galveston County District Attorney